IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RONALD WATSON          | CIVIL ACTION  |
|------------------------|---------------|
| v.                     | NO. 17-1049   |
| LLOYD INDUSTRIES, INC. |               |

## CIVIL JUDGMENT

Before the Honorable Michael M. Baylson:

AND NOW, this 14th day of November, 2018, in accordance with the verdict of the jury,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of Plaintiffs and against Defendants in the amount of $849,960.00.

The Clerk shall close this case.

BY THE COURT

ATTEST:  /s/ Lori K. DiSanti
_____
Lori DiSanti
Deputy Clerk

O:\CIVIL 17\17-1049 WATSON V LLOYD INDUS\17CV1049 CIVIL JUDGMENT 11142018.DOCX