**RONALD WATSON**
3456 N HOPE STREET
PHILADELPHIA PA 19140
Primary Phone: 215-279-7150
Cell Phone: 267-319-5452
Email: Rwatson59@comcast.net

**OBJECTIVE:** Using my skills and experience in building trades, I would like to find a position as a general laborer where I will complete projects safely and efficiently according to standards.

**SUMMARY:**
+ US Army Veteran
+ Experienced in a variety of areas
+ Excellent communication skills
+ Willing to work flexible schedule

## EXPERIENCE

Self - Philadelphia, PA                                            10/01/2013 - Still Working
Home Maintenance Laborer

Performed installations, repairs and general maintenance work for home owners. Met with customers to determine their renovation needs. Determined materials; provided cost estimates; purchased materials. Made repairs to bathrooms, kitchens and basements. Performed finished carpentry including window and door installation. Also installed and repaired receptacles and fixtures. Followed local code and safety regulations. Maintained financial records for business.

A & R Metals - Fairless Hills, PA                                  04/01/2013 - 10/01/2013
Metal Extractor

Utilized screw drivers, drills, hammers and other hand tools to extract metals from electronic equipment such as cell phones and computers for recycling and reprocessing. Broke down and separated materials and located to appropriate areas. Maintained clean work area, free of debris. Handled hazardous materials safely in accordance with OSHA standards.

Alpha Source - Philadelphia, PA                                    10/01/2011 - 04/01/2012
Shipping and Receiving Clerk

Operated clamp forklifts to move cases of cleaning products throughout a warehouse. Loaded and unloaded trucks. Placed merchandise in appropriate areas. Labeled shipments.

Transcontinental Direct - Warminster, PA                           07/01/2008 - 05/01/2009
Machine Operator

Observed machine operations to ensure quality and conformity. Adjusted machine components, tension and pressure according to size or processing angle of product. Operated packaging machines. Removed finished packages from machine and separated any rejected items. Regulated machine flow and speed. Stopped or reset machines when malfunctions occurred. Clear any jams and reported malfunctions to supervisor. Secured finished packaged items by hand, gluing, stapling, or attaching fasteners. Stocked and sorted product for packaging or filling machine operation. Replenished packaging supplies. Inspected finished products for quality control.

Davis Company - Philadelphia, PA                                   03/01/2007 - 07/01/2008
Forklift Operator

Using forklift to retrieve boxed paper products, transferred materials to be staged at warehouse bay door locations. Used cherry picker, elevator fork lift, pallet jacks and stand-up or sit-down forklifts to transfer products. Also unloaded shipments. Examined records such as manifests, invoices or orders to verify accuracy of incoming and outgoing loads. Prepared documents to route materials properly.
Communicated with supervisors to rectify any problems such as damages, shortages, and nonconformance to

**EXHIBIT D-1**

specifications.

**A&S Manufacturing - Philadelphia, PA**　　　　　　　　　　01/01/2004 - 12/01/2006
Machine Operator

Operated and set dies in presses to manufacture assorted parts such as furniture components and cable boxes. Formed materials to include steel copper, aluminum and brass. Maintained cleanliness and safety of environment. Practiced quality control and maintained tolerance to specifications.

**Axciom Mailing Services - Philadelphia, PA**　　　　　　　　01/01/1999 - 01/01/2004
Material Handler

Operated fork lifts to move mail from four-story racks to appropriate locations within a Post Office warehouse to be processed and sorted.

**Pep Boys - Philadelphia, PA**　　　　　　　　　　　　　　　01/01/1993 - 10/01/1998
Installer

Installed tires of varying size on light trucks and automobiles. Also changed oil and other fluids and installed lights on vehicles. Maintained a clean workplace.

**Pinkerton Security - Philadelphia, PA**　　　　　　　　　　06/01/1989 - 05/01/1992
Security Guard

Provided security at various sites such as hospitals and construction sites to protect personnel, visitors, materials and facilities. Patrolled areas by foot to ensure that buildings, windows and doors were locked. Wrote up reports on a daily basis. Communicated with supervisors to report any problems or potential issues.

**Computer Transport - Thorofare, NJ**　　　　　　　　　　　03/01/1983 - 12/01/1987
Truck Driver

Operated a straight truck to deliver commercial copiers and computers to business throughout tri-state area. Loaded and unloaded trucks using pallet jacks and fork lifts. Checked paperwork and inventories to ensure that customer orders were accurate. Trained and mentored new employees. Processed orders safely and efficiently.

## MILITARY HISTORY

Army
Honorable

Army Personnel Clerk: Responsible for updating military records, awards, transfers, promotions and other categories. Originated and prepared correspondence, received and sent official mail. Responsible for other communications including telephones. Performed most administrative and office functions.

## EDUCATION

Delaware Valley Trade School
Philadelphia, Pennsylvania
Vocational/Technical Certificate

## CERTIFICATIONS AND LICENSES

Forklift Operator Issued by Modern

#12

881

# APPLICATION FOR EMPLOYMENT

We are an equal opportunity employer, dedicated to a policy of non-discrimination in employment on any basis including race, color, age, sex, religion, handicap or national origin.

## PERSONAL INFORMATION

Date: 12-1-14

Name: WATSON Ronald
(Last) (First) (Middle)

Present Address: 3456 Hope St, Philadelphia, Pennsylvania 19140
(Street) (City) (State) (Zip)

Permanent Address: 3456 Hope St, Philadelphia, Pennsylvania 19140
(Street) (City) (State) (Zip)

Phone No.: 215-279-7150   CELL # 267-319-5452

Referred By: Buck County Courier Times

Are you 18 years of age or older? ☒ Yes ☐ No

## EMPLOYMENT DESIRED

Position: Punch Press Operator
Date You Can Start: 12-1-14
Salary Desired: OPEN

Are You Employed Now? ☐ Yes ☒ No
If So May We Contact Your Present Employer? ☐ Yes ☐ No

Ever Applied to this Company Before? ☐ Yes ☒ No   Where?   When?

## EDUCATION

| | Name and Location of School | Circle Last Year Completed | Did You Graduate? | Subjects Studied and Degree(s) Received |
|---|---|---|---|---|
| High School | Big Bend Community College, Europe Germany | 1 2 3 ④ | ☒ Yes ☐ No | General Subject H.S. Diploma |
| College | | 1 2 3 4 | ☐ Yes ☐ No | |
| Trade, Graduate, Business or Correspondence School | Delaware Valley School of Trades, 12th & Race St Phila PA | ① 2 3 4 | ☒ Yes ☐ No | Building Renovation Certificate of comple |

## GENERAL

Subjects of Special Study or Research Work: Ability to comprehend job at hand!

Job Related Skills (computer, driver's license certifications, etc.): ForkLift Certified

EXHIBIT D-2

Form M660-26NR RV (1999)
©2010 Rediform

**EMPLOYMENT HISTORY** List below your last four employers, starting with the last one first.

| Date Month and Year | Name and Address of Employer | Phone Number | Supervisor | Salary (upon leaving) | Position | Reason for Leaving |
|---|---|---|---|---|---|---|
| From 4-13 To 10-13 | A+R Metals Finessmills Pa | | Steve Lazauski | $650.00 | Metal Extractor | Lay off |
| From 10-11 To 4-12 | Alpha Source Phila Pa | | Brian | $400.00 | Shipping Clerk | Temp Work |
| From 7-08 To 5-09 | Transcontinental Direct Warminster Pa | | Mike | $500.00 | Machine Operator | Lay off |
| From 3-07 To 7-08 | Davis Company Phila Pa | | Aola | $550.00 | Material Handler | Temp Work |

**REFERENCES** List below three persons not related to you, whom you have known at least one year.

| | Name | Address | Phone Number | Position | Years Acquainted |
|---|---|---|---|---|---|
| 1 | Zanetta Ruffin | 1717 N 29th St Phila Pa | 267-847-2629 | Nurse | 20 |
| 2 | Randall Bains | 2010 Chadwick St Phila PA | 215-294-1007 | Manager | 15 |
| 3 | Kyle Woods | 2410 Nicholas St Phila Pa | 267-526-7841 | Driver | 25 |

If you are to be hired by the company, you will be required to attest to your identity and employment eligibility, and to present documents confirming your identity and employment eligibility. You cannot be hired if you cannot comply with these requirements.

**AUTHORIZATION**

I certify that the facts contained in this application (and accompanying resume, if any) are true and complete to the best of my knowledge. I understand that any false statement, omission, or misrepresentation on this application is sufficient cause for refusal to hire, or dismissal if I have been employed, matter when discovered by the Company.

I understand that any employment is conditioned on a background check. I authorize the Company to thoroughly investigate all statements contained in my application or resume, and I authorize my former employers and references to disclose information regarding my former employment, character and general reputation to the Company, without giving me prior notice of such disclosure. In addition, I release the Company, any former employers and references listed above from any and all claims, demands or liabilities arising out of or related to such investigation or disclosure.

I understand and agree that nothing contained in this application, or conveyed during any interview, is intended to create an employment contract. I further understand and agree that if I am hired, my employment will be "at will" and without fixed term, and may be terminated at any time, with or without cause and without prior notice, at the option of either myself or the Company. No promises regarding employment have been made to me, and I understand that no such promise, or guarantee is binding upon the Company unless made in writing by authorized Company representative.

If I am offered employment I agree to submit to a medical examination and drug test, if required, before starting work. If employed, I also agree to submit a medical examination or drug test at any time deemed appropriate by the Company and as permitted by law. I consent to such examinations and tests and I request that the examining doctor disclose to the Company the results of the examination, which results shall remain confidential and segregated from my personnel file. I understand that my employment or continued employment, to the extent permitted by law, is contingent upon satisfactory medical examinations and drug test, if required, and if I am hired a condition of my employment will be that I abide by the Company's Drug and Alcohol Policy.

I understand that acceptance of this form does not indicate there is a position open and does not obligate the Company to hire. If hired, I agree to abide by all Company work rules, policies and procedures. The Company retains the right to revise its policies or procedures, in whole or in part, at any time.

Date 12-1-14     Signature *Ronald Watson*


# LLOYD INDUSTRIES INC.

Remit: 231 Commerce Dr.  
Montgomeryville, PA 18936  
(215) 412-4445 • Fax (215) 412-4409  
e-mail: lloydind1@firedamper.com  
www.firedamper.com

138 Industrial Loop West  
Orange Park, FL 32073  
(904) 541-1655 • Fax (904) 541-1657  
e-mail: lloydind1@bellsouth.net  
www.firedamper.com

*[handwritten: Rec 10/31/16 E1 last day worked 10...]*

## Employee Separation Notice

Employee Name: **RONALD WATSON**

Separation Date: **10-29-2015**    Last day worked: **10-29-2015**

Please Note: This information will be used for unemployment purposes to determine the employee's eligibility for benefits.

○ **VOLUNTARY QUIT**

In writing? ○ YES ○ NO    Notice given? ○ YES ○ NO    if yes how much? _____

○ No call No show     ○ to accept other work     ○ to look for a new job

○ Dissatisfied with job     ○ Retirement     ○ Personal reasons

○ Injury or illness     ○ Personal reasons     ○ Incarceration

Any additional Comments: **LAY OFF**

○ **TERMINATION**

Name of person who discharged employee? _____

List prior warning date(s) ○ None ○ Verbal _____ ○ Written _____

○ Dishonesty     ○ Intoxication     ○ Falsification of Applicant

○ Unable to provide I9 Documentation     ○ Excessive unexcused absences or tardiness

○ Violation of Company Rules (give policy/rule) _____

○ Failure to return from leave or vacation: Date due to return _____

○ Unsatisfactory Performance Willing but Unable

○ Unsatisfactory Performance, Intentional (had shown ability)

⦿ Lack of work     ○ Temporary     ○ Permanent

Person filling out this form: **TOM PRENDERGAST**

**EXHIBIT D-7**

6F

# GRIEVANCE FORM

Sheet Metal Workers International Association

Date 11-9-15    Local Union # 19

Name RON WATSON

Dept. PRESS DEPT    Bldg

Nature of Grievance VIOLATION OF ARTICLE X SENIORITY
[illegible] LAID OFF OUT OF SENIORITY EMPLOYEE IS [illegible] of
PERFORMING WORK IN OTHER DEPT.

Signed [signature] (Steward) [signature]

## MANAGEMENTS REPLY

Date 11-17-2015

RON WAS LAID OFF HAVING THE LEAST AMOUNT OF SENIORITY IN THE PRESS SHOP. HE IS THE LOWEST GUY WITH SENIORITY. IN ORDER TO BUMP YOU MUST BE ABLE TO PERFORM THAT JOB. ARTICLE XV STATES STEP ONE WITHIN 48 HOURS YOU MUST ORALLY ~~GRIEVE~~ GRIEVE THIS TO SHOP STEWARD AND SUPERVISOR. THIS WAS VIOLATED.

SETTLEMENT    CHECK ONE

SATISFACTORY ☐

UNSATISFACTORY ☐    (Signed-Foreman)

(Stewards Signature)    (Signed-Co. Representative)

EXHIBIT D-9

6of

## Tom Prendergast

| | |
|---|---|
| From: | Fred Braker [fbraker@LU19.com] |
| Sent: | Thursday, August 11, 2016 10:17 AM |
| To: | Lloyd ind |
| Subject: | Ron Watson |

Tom I met with Ron at my office after his lay off and researched that he was with the lowest seniority therefore there was nothing we could do as Lloyd industries was following our cba

Sent from I phone
Fred N. Braker
Business Representative
Sheet Metal Workers
Local Union No.19
(215)952-1999.                                fax (215)952-0250
email fbraker@lu19.com

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2015.0.6201 / Virus Database: 4633/12791 - Release Date: 08/11/16

EXHIBIT D-10



# SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION
## OFFICIAL APPLICATION FORM

MEMBER #: _____

**PERSONAL DETAILS:** LOCAL UNION #: 19

WAS THIS THROUGH AN ORGANIZING EFFORT? (YES/NO) CIRCLE ONE

1. Name: Ronald Watson
   (First) (Middle) (Last) (Jr. Sr. Etc.)
2. Address: 500 S. Washington Lane
   City: Philadelphia
   State: PA
   Zip: 19138
   Province: _____
   Phone #: (267) 314-5462
   Email: Rwatson578@comcast.net
3. Date of Birth: 12/7/1959  Age: 55  Zone: _____
4. Sex: M
5. Race (Voluntary): (See Codes) _____
6. Marital Status: S (See Codes)
7. SSN or SI#: [redacted]

**MEMBERSHIP DETAILS:**

8. PAL Member: ___ (Yes/No)
9. Retiree Club: ___ (Yes/No)
10. Registered Voter: ___ (Yes)/No
11. Type of Member: AM (See Codes)
12. Class of Member: (See Codes)

5. Valid Race Codes:
   A  Asian
   B  African American
   C  Caucasian
   H  Hispanic
   N  Native American
   O  Other

6. Valid Marital Status:
   D  Divorced
   M  Married
   P  Separated
   S  Single
   W  Widowed

11. Valid Types of Members:
    AL  Applicant
    AM  Apprentice Member
    PM  Pre-Apprentice Member
    RM  Regular Member

12. Valid Class Codes:
    AR  Asbestos Removal
    AS  Assorted Workers
    AW  Automobile Workers
    BT  Building Trades
    CI  Classified (Inc) (DS)
    SR  Classified (SFUA)
    CO  Contract
    CS  Coppersmith
    FB  Fabricating
    FD  Federal
    FS  Food Service & Baggage
    HS  Hotel Service Employee
    HV  HVAC Service Employee
    IN  Ind. Sheet Metal Wk
    IW  Ind/Sheet Metal Wrk (75%)
    MN  Maintenance
    NY  Navy Yard
    PQ  Paper Quilter
    PW  Production Worker
    RA  Railroad Apprentice
    RH  Railroad Helper
    RM  Railroad Mechanic
    RS  Residential
    RS  Residential Worker (75%)
    RF  Roofer
    SY  Shipyard
    SM  Sign Workers
    SP  Specialty

**INITIATION DETAILS:**

1. Initiation Date: _____
2. Initiation Fee: _____
5. Name and Address of Employer: _____

**OATH**

I hereby certify that I willingly subscribe to all the provisions and requirements of the Constitution and Ritual of the Sheet Metal Workers' International Association and in consideration of the acceptance of my application and being obligated as a member thereof, I hereby agree to remain loyal and true to the principals and policies and to be governed by the Constitution and Ritual of the Sheet Metal Workers' International Association in all matters now and hereafter included therein. I further agree to be governed by such Local rules and regulations as may be now effective, or which may be later adopted and made operative by affiliated local unions, which do not conflict with the Constitution and Ritual of the Sheet Metal Workers' International Association. I further authorize this Local Union to represent me for purposes of Collective bargaining, and in my behalf, to negotiate and conclude all agreements as to hours of labor, wages, and other conditions of employment. This authorization shall apply for any Employer by which I am employed, unless revoked by me through written notice to the Local Union.

X __Ronald Watson__ 6-16-15
(Signature) (Date)



EXHIBIT D-14
(Financial Secretary)

## AUTHORIZATION
## WORK ASSESSMENT-SERVICE FEE-UNION DUES
## SHEET METAL WORKERS' INTERNATIONAL ASSN. LOCAL 19

To My Employer, who is party to collective bargaining agreement with the Sheet Metal Workers' International Association Local Union No. 19:

I hereby assign to Local No. 19 and hereby direct my employer to deduct from my wages earned by me as a result of employment under the aforementioned collective bargaining agreements between the Employers and Local No. 19, all work assessments, service fees and union dues, the amount of which shall be determined by a verified statement from the Union of the current assessment, service fee and/or union dues structure.

The aforesaid fees shall be remitted promptly by you to the Financial Secretary, or his successor, Sheet Metal Workers' International Association Local No. 19, 1301 South Columbus Boulevard, Philadelphia, PA 19147.

This assignment and authorization shall be effective and cannot be cancelled for a period of one (1) year from the date appearing below or until the termination date of the current collective bargaining agreement between the Company and the Union, whichever occurs sooner.

At that time it may be revoked by written notice given by me to my Employer and the Local No. 19, at any time during the period of ten (10) days prior to expiration of the one (1) Year period of the present agreement, whichever is sooner. If no such notice is given this authorization shall be irrevocable for successive periods of one (1) year thereafter with the same revocation at the end of each such period.

Name (print): **Ronald Watson**   S.S. #: **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**

Signature: X *Ronald Watson*   Date: **6/16/2015**   Membership #: _____

---

## AUTHORIZATION CARD

I hereby authorize the Sheet Metal Workers' International Association and/or its affiliated Local No. 19, to represent me for the purpose of collective bargaining in matters of wages, hours and other terms and conditions of employment, with my current employer, as well as all other employers for whom I may have worked in the past or for whom I may become employed after this date, on all present and future job sites.

I understand that this card may be used to obtain recognition from my current, future or past employers without an election.

This authorization is non-expiring, binding and valid until such time as I revoke it in writing.

Name: **Ronald Watson**   Date: **6-16-2015**

Signature of Employee: X *Ronald Watson*

Employee Address: **1500 E. Washington Lane**   Telephone #: **267-319-3452**

City: **Phila**   State: **PA**   Zip: **19138**

Current Employer: **Lloyd Industries**

Job Classification(s): **Machinist**

---

## BENEFICIARY CARD

1. EMPLOYER'S NAME: **Lloyd Industries**   /   *Ronald Watson*
2. LOCAL #: **19**
3. IA #: 
4. SOCIAL SECURITY NO.: [redacted]
5. DATE OF BIRTH: **12-7-1959**
6. EMPLOYEE'S NAME (Please Print In Block Letters)
   Last Name: **Watson**   First: **Ronald**   Middle Initial:
7. EMPLOYEE'S ADDRESS: **1500 E. Washington Lane**
   City: **Philadelphia**   State: **PA**   Zip: **19138**
8. SEX: ☒ Male  ☐ Female
9. DATE EMPLOYED: **12-1-2014**
10. BENEFICIARY(S)—(You Have the Right to Change the Beneficiary at any time)
    Name of Beneficiary(s) and Address
    1. **Zanetta Ruffin**   % **100**
    2.   %
    3.   %
11. RELATIONSHIP TO EMPLOYEE: **Spouse**
12. I HAVE PERSONALLY DESIGNATED THE BENEFICIARY(S) SHOWN ABOVE

EMPLOYEE'S SIGNATURE: X *Ronald Watson*   DATE: **6-16-2015**

ENROLLMENT RECORD CARD                      SASMI-II TRUST FUND

| PA Employees | | FL Emplyees | |
|---|---|---|---|
| Karen Ferguson | white | Ball, Justin | White |
| Eileen Lindsay | white | Brundage, Paul | White |
| William P Lloyd | white | Cua, Jonathan | Asian |
| Kristin Loudenslager | white | Davis, Thomas | White |
| Christina "Tia" Pauzino | white | Diaz, Juan | Hispanic |
| Thomas Prendergast | white | Flores, Phillip | Guam |
| William Riggs | white | Green, Antwan | Black |
| Patrick Sharkey | white | Guanipa, Maximiliano | Hispanic |
| Stephanie Zitkus | white | Gutting, Alfred | Filipino |
| Fidel Argeta | hispanic | Lewis, Robert | Black |
| Gerbert Ayala | hispanic | Lott, Jadon | Black |
| Chris Griffin | white | McElwain, Harold D. | White |
| Jose Remberto Guevara | hispanic | Murphy, Tammy | White |
| Peter Hulayew | white | Perry, Carl | White |
| Guillermo Lopez | hispanic | Poland, John | White |
| Jorge Lopez | hispanic | Ramirez, Lefner | Hispanic |
| Thomas Malone | white | Retjos, Athan (Paul) | Hispanic |
| Edward Mower | white | Ricks, Joe | Black |
| Russell Murphy | white | Starling, James | White |
| Feliks Rappoport | white | Thomas, Larry | White |
| Santos R Reyes Zavala | hispanic | Thomas, Richard | White |
| Raul Rosalez Villarreal | hispanic | Wagner, Terry | White |
| Francisco Torres Martinez | hispanic | Washington, Reinoldo | Black |
| Brayan Antonio Ayala | hispanic | White, Anthony | Black |
| Blake Boyer | white | White, Gregory | Black |
| Richard Boyer | white | Widemond, Anthony | Black |
| Nguyen Can | Vietnamese | | |
| Cruz-Melendez, Edwin | hispanic | | |
| Eugene (Gene) Dionisio | white | | |
| Frank Fadule | white | | |
| William Ford | white | | |
| Robert Gans | white | | |
| Felix Granados | hispanic | | |
| Stephen Gress | white | | |
| Martin Guillen | hispanic | | |
| Timothy Heisler | white | | |
| Fredy Hernandez | hispanic | | |
| Jose Hernandez Perez | hispanic | | |
| Tam Van Huynh | Vietnamese | | |
| Nathan Kushnir | white | | |
| Dung Le | Vietnamese | | |
| Hoang Le | Vietnamese | | |
| Minh Le | Vietnamese | | |

EXHIBIT D-23

| Name | Race | | |
|---|---|---|---|
| Jeffrey Lloyd | white | | |
| Natanael Martinez | hispanic | | |
| Victor Martinez | hispanic | | |
| Jose Morales | hispanic | | |
| Tuan Nguyen | Vietnamese | | |
| Trancito Ortez-Ortiz | hispanic | | |
| Dulip Patteram | Pakistani | | |
| Romeo Perez Diaz | hispanic | | |
| Thai Van Pham | Vietnamese | | |
| Jose Martir Ramirez Hernandez | hispanic | | |
| Jose Rodriguez Marquez | hispanic | | |
| Frederick Roth | white | | |
| Angel A Saravia Martinez | hispanic | | |
| Rene Santos Saravia Martinez | hispanic | | |
| Hau Tran | Vietnamese | | |
| Ryan Tran | Vietnamese | | |
| Mike Trinh | Vietnamese | | |
| Axel J Valles Rosario | hispanic | | |
| Jhonny Vasquez | hispanic | | |
| Tivurcio Villarreal Flores | hispanic | | |
| Minh Vo | Vietnamese | | |
| James Weishew Jr | white | | |
| Eugene Wohlfhart | white | | |
| Mauricio Zavala | hispanic | | |
| Jesse Zitkus | white | | |

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

RONALD WATSON )
*Plaintiff* )
)
)
v. ) Civil Action No. 17-1049
)
LLOYD INDUSTRIES, INC. )
*Defendant* )
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Lloyd Industries, Inc.
231 Commerce Drive
Montgomeryville, P.A. 18936

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SAMUEL A. DION, ESQ.
1845 WALNUT ST., STE. 1199
PHILA., PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/8/17

PATRICIA A. JONES, Deputy Clerk

EXHIBIT D-25

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Ronald Watson

### DEFENDANTS
Lloyd Industries, Inc.

(b) County of Residence of First Listed Plaintiff: Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Montgomery
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Samuel A. Dion, Esq., Dion & Goldberger
1845 Walnut Street, Suite 1199, Philadelphia, PA 19103

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 840 Trademark | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):* Title VII and Section 1981
Brief description of cause: Wrongful termination

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 3/6/2017
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

Ronald Watson : CIVIL ACTION
v. :
Lloyd Industries, Inc. :
: NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. (✓)

3-6-17                Samuel A. Dion                Ronald Watson, Plaintiff
Date                  Attorney-at-law               Attorney for

215-546-6033          215-546-6269                  samueldion@aol.com
Telephone             FAX Number                    E-Mail Address

(Civ. 660) 10/02

2017 MAR 22 P 1:21

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RONALD WATSON

VS.                                  No.

LLOYD INDUSTRIES, INC.               17  1049
                                     JURY TRIAL DEMANDED

COMPLAINT

FILED MAR -8 2017

COMES NOW, Plaintiff, by counsel, and complains of defendant as follows:

## JURISDICTION

1. This Court has jurisdiction over this matter pursuant to the 42 U.S.C. Section 2000(e) et seq. of the Civil Rights Act of 1964 as amended. This Complaint has been filed within 90 days after issuance of a Notice of Right to Sue by the EEOC.

## PARTIES

2. Plaintiff, Ronald Watson, is an adult individual who resides at 1500 East Washington Lane, Philadelphia, PA 19138.

3. Plaintiff's race is Black.

4. The defendant, Lloyd Industries, Inc., is a corporation registered in the Commonwealth of Pennsylvania with

a place of business located at 231 Commerce Drive, Montgomeryville, PA 18936.

5.  Defendant employs more than 100 people.

## FACTS

6.  Plaintiff was first hired by defendant on or about December 1, 2014 as a Machinist.

7.  At all times material hereto, plaintiff was only one of two Black Machinists employed by the defendant—the other being Shawn Broadnax.

8.  At all times material hereto, plaintiff was qualified for the Machinist position and performed his job in a satisfactory manner.

9.  In fact, plaintiff has fifteen (15) years experience as a Machinist.

10.  Plaintiff's supervisors included Tom Pendergast (Caucasian Plant Manager) who was first hired by defendant about two months before plaintiff's termination.

11.  Plaintiff did not receive any discipline during the course of his employment.

12.  On October 29, 2015, Mr. Pendergast called plaintiff into his office and notified plaintiff that he was being "laid off."

13. Plaintiff asked Mr. Pendergast why he was being laid off, and Mr. Pendergast responded: "Because I can."

14. Despite his claim that plaintiff was laid off, Mr. Pendergast offered plaintiff's union representative a different reason for plaintiff's separation from employment, which was that he was terminated, because he purportedly left work early on two occasions.

15. Both of Mr. Pendergast's purported reason for plaintiff's separation from employment were untrue.

16. Mr. Broadnax, the only other Black Machinist employed by defendant, was also let go in November 2015.

17. Had a layoff been truly necessary, based upon the union contract, Machinists must be terminated based upon seniority.

18. For this reason, Mr. Pendergast falsely alleged to the union that plaintiff was terminated for purportedly leaving work early on two occasions.

19. Furthermore, a White male Machinist (name unknown) with blond hair and blue eyes and a handlebar moustache (about 30-35 years old) and who owned a black Scion, had less seniority than plaintiff, but was retained by defendant and Mr. Pendergast.

20. Based upon information and belief, plaintiff was replaced with a less qualified White person previously described above.

21. The true reason for plaintiff's termination was because he is Black.

22. At all times material hereto, defendant acted through its employees who had authority to hire, discipline and fire.

23. Defendant's employees and/or agents intentionally treated plaintiff in a disparate manner and terminated plaintiff because of his race and color.

24. Plaintiff sustained damages as a result of the unlawful conduct of defendant.

## COUNT 1- Race Discrimination

25. Plaintiff repeats paragraphs 1-24 as if more fully set forth herein.

26. By and through its conduct, defendant violated the Title VII, by intentionally discriminating against plaintiff by terminating his employment because of his race and color.

## COUNT 2- Race Discrimination

27. Plaintiff repeats paragraphs 1-26 as if more fully set forth herein.

28. By and through its conduct, Defendant violated 42 USC Section 1981 et seq. of the Civil Rights Act of 1866 as amended, by intentionally discriminating against plaintiff by terminating his employment because of his race and color.

WHEREFORE, Plaintiff demands judgment against defendant and damages in an amount to be determined by a jury for pain and suffering, emotional distress, mental anguish, harm to reputation, lost income, punitive damages, costs, reasonable attorney's fees, and such other relief as the Court deems just and fair.

Samuel A. Dion, Esq.
Signature Code: SAD2282
Dion & Goldberger
1845 Walnut Street
Suite 1199
Philadelphia, PA 19103
215-546-6033 (tel)
215-546-6269 (fax)
samueldion@aol.com