**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RONALD WATSON** <br><br> **v.** <br><br> **LLOYD INDUSTRIES, INC.** | **CIVIL ACTION** <br><br> **NO. 17-1049** |

## <u>ORDER RE: POST-TRIAL MOTION</u>

AND NOW, this 19th day of March, 2019, upon consideration of Defendant's Post-Trial Motion (ECF 28) and the response and reply thereto (ECF 33, 34), it is HEREBY ORDERED:

1. For the reasons explained in the accompanying Memorandum, Defendant's Motion for Judgment as a Matter of Law or a New Trial is **DENIED**.

2. The Court has determined that the damage award may be excessive, but the existing briefs do not cover all relevant issues on damages. We reserve our final determination for supplemental briefing from the parties. Counsel shall file supplemental memorandum within ten (10) days concerning:

    a. The impact of the Title VII statutory cap on damages;

    b. Whether the damage award is proper in light of the statutory cap limiting an award for Title VII violations to $50,000 for an employer of Lloyd Industries' size;

    c. What relevance is that Defendant was also found liable under §1981?; and

    d. What is the proper procedure for this court to follow should we remit the damages in part. Must the Court give the Plaintiff the option to proceed with a new trial on damages only?

3. As to Plaintiff's Motion for Attorneys Fees (ECF 27), Defendant shall supplement its response within ten (10) days. The Court encourages counsel to meet and confer on the issue to attempt to narrow or elevate this issue.

BY THE COURT:

/s/ Michael M. Baylson
MICHAEL M. BAYLSON
United States District Court Judge