# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD WATSON** <br><br> **v.** <br><br> **LLOYD INDUSTRIES, INC.** | **CIVIL ACTION** <br><br> **NO. 17-1049** |

## ORDER RE: POST-TRIAL MOTIONS AND JUDGMENT

AND NOW, this 11th day of April, 2019, upon consideration of Defendant's Post-Trial Motion (ECF 28), Plaintiff's Response (ECF 33), and Defendant's Reply (ECF 34), and supplemental briefing from both parties (ECF 42 & 43), and for the reasons set out in the accompanying Memorandum, it is hereby ORDERED that:

1. The compensatory damage award of $99,960 is **AFFIRMED;** and
2. The punitive damages award is **REMITTED** to a sum of $500,000.
3. Final Judgment is enteredin favor of Plaintiff and against Defendant in the amount of $599,960.00.

                          BY THE COURT:

                          **/s/ Michael M. Baylson**

                          _____
                          Michael M. Baylson, U.S.D.J.