IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD WATSON, | : | CIVIL ACTION |
| Plaintiff, | : | No. 17-1049 |
| vs. | : | |
| LLOYD INDUSTRIES, INC., | : | NOTICE OF APPEAL |
| Defendant. | : | |

Notice is hereby given that Lloyd Industries, Inc., Defendant in the above-captioned case hereby appeals to the United States Court of Appeals for the Third Circuit from the **ORDER RE: POST-TRIAL MOTIONS AND JUDGMENT** entered in this action on the 11th day of April 2019.

*/s/ Keith J. Cohen*

Keith J. Cohen, Esquire
Office Court at Blue Bell
585 Skippack Pike, Suite 200
Blue Bell, PA 19422
(o) 267-708-7700
Attorney for Defendant, Lloyd Industries, Inc.

Dated: May 9, 2019