IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD WATSON**<br><br>v.<br><br>**LLOYD INDUSTRIES, INC.** | **CIVIL ACTION**<br><br>**NO. 17-1049** |

## ORDER

In this employment discrimination case, in which the jury returned a verdict in favor of Plaintiff for compensatory and punitive damages, and the Court entered a prior Order granting a reduction in the amount of punitive damages, the Court will now determine Plaintiff's Motion for Attorneys' Fees and Costs. Plaintiff has documented the expenditure of a reasonable amount of time in this case alleging racial discrimination. The Defendant has filed an Answer to the Motion (ECF 29), but does not state any factual matters that warrant the Court to question the accuracy or reasonableness of the time spent and the hourly rate requested, as well as the costs incurred. Instead, the Defendant's Answer merely states boilerplate legal principles. The Court will **GRANT** the Motion as requested by the Plaintiff considering that the Plaintiff has shown that his attorney was diligent, efficient, and successful, in the conduct of pretrial proceedings, presenting an excellent factual scenario at trial which the jury accepted, and deserving the hourly rate requested given his experience and expertise in employment discrimination cases. It is therefore **ORDERED** that the Court awards attorneys' fees in the amount of $56,810.00 and costs of $1,109.20, which shall be added to the currently existing judgment in this case of $599,960.00 for a total amount of $657,879.20.

BY THE COURT:

**/s/ Michael M. Baylson**
Dated: June 10, 2019            Michael M. Baylson, U.S.D.J.

O:\CIVIL 17\17-1049 Watson v Lloyd Indus\17cv1049 Order re damages.docx