IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD WATSON | ) | CIVIL ACTION |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. 17-1049 |
| | ) | |
| LLOYD INDUSTRIES, INC. | ) | |
| Defendant | ) | |

**ORDER**

AND NOW, this 15th day of July, 2019, it is hereby **ORDERED** that the supersedeas bond in the amount of $657,879.20 is hereby approved, and Defendant may deposit the same amount with the Clerk of the Court pursuant to Fed.R.Civ.P. 67(a). The Clerk will then deposit the same funds into an interest-bearing account. Pursuant to Fed.R.Civ.P. 62(d), this Court's Judgment dated April 11, 2019 is stayed pending the final resolution of the appellate proceedings. While the stay is in effect and until further order of this Court, no execution may issue on the Judgment, nor may any proceedings be taken to enforce it.

BY THE COURT:

_____
Honorable Michael M. Baylson, U.S.D.J.