UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 19-2066 & 19-2525
_____

RONALD WATSON

v.

LLOYD INDUSTRIES, INC.,
         Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-17-cv-01049)
District Judge: Honorable Michael M. Baylson

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
May 21, 2020

Before: McKEE, BIBAS, and NYGAARD, *Circuit Judges*

_____

JUDGMENT
_____

  This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted May 21, 2020. On consideration whereof,

It is now ORDERED and ADJUDGED by this Court that the Orders of the District Court, entered on April 12, 2019 and June 10, 2019 are hereby AFFIRMED. All of the above in accordance with the opinion of the Court.

Costs taxed against Appellant.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: August 19, 2020

Costs taxed in favor of Appellee Ronald Watson as follows:

   Brief       $136.08

   TOTAL    $136.08

Pursuant to the Court's order entered June 10, 2021, additional costs taxed as follows:

Attorney's fees are awarded in favor of Appellee Ronald Watson in the amount of $67,275.00 within 30 days.

Certified as a true copy and issued in lieu of a formal mandate on   6/10/2021

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**