# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RONALD WATSON | : | |
| --- | --- | --- |
| | : | No.: 2:17-cv-01049-MMB |
| v. | : | |
| | : | |
| LLOYD INDUSTRIES, INC. | : | |

## ORDER

On this _____ day of _____, 2021, it is hereby Ordered that plaintiff, Ronald Watson is awarded attorneys' fees for all work conducted by his attorneys between September 8, 2020 through June 15, 2021 as follows:

1. Attorneys' fees to Samuel A. Dion, Esq. for 22.90 hours of work at a rate of $650.00 per hour, for a total of $14,885.00.

2. Attorneys' fees to Adina H. Rosenbaum, Esq. for 40.7 hours of work at a rate of $759.00 per hour, for a total of $30,891.30.

_____
MICHAEL M. BAYLSON, U.S.D.J.