# EXHIBIT C



HOME  SERVICES  SPECIAL PROJECTS  NEWS & ISSUES  ABOUT

HIDE MY VISIT    DONATE

# ATTORNEY FEES

Home / About CLS / Attorney Fees

## EXPLANATORY NOTICE TO THE PUBLIC

CLS never charges attorney's fees to its clients, although in some cases clients are asked to pay for court filing fees or other out of pocket expenses.

The attached chart lists the fee schedule used by CLS only in cases in which the law allows for the award of attorney's fees from opposing parties in order to compensate CLS for the legal services provided to its clients.

RANGE OF HOURLY RATES*, Effective July 1, 2018

| | |
|---|---|
| Attorneys post-law school experience under 2 years | $200-220 |
| Attorneys 2-5 year's experience | $230-275 |
| Attorneys 6-10 year's experience | $280-360 |
| Attorneys 11-15 year's experience | $375-450 |
| Attorneys 16-20 year's experience | $475-530 |
| Attorneys 21-25 year's experience | $550-640 |
| Attorneys more than 25 year's experience | $650-700 |
| Law Students | $110-160 |



- HOME
- SERVICES
- SPECIAL PROJECTS
- NEWS & ISSUES
- ABOUT

HIDE MY VISIT | DONATE



**Sign up for Our Newsletter**

Email

SUBMIT EMAIL

**CONTACT INFO**

Center City Office
1424 Chestnut Street,
Philadelphia, PA 19102 | 215-981-3700

North Philadelphia Office
1410 W. Erie Avenue,
Philadelphia, PA 19140 | 215-227-2400

Landlord Tenant Help Center
1339 Chestnut St.
10th Floor
Philadelphia, PA 19103

**SERVICES**

- PUBLIC BENEFITS
- EMPLOYMENT
- HOUSING
- DEBT & CONSUMER RIGHTS
- UTILITIES
- FAMILY
- CRIMINAL RECORDS
- GET HELP: SENIORS

**RECENT NEWS**

Remembering Howard Lesnick
May 7, 2021

¡Excelentes noticias sobre la carga pública! Las reglas sobre la carga pública de 2020 desaparecen y regresan las reglas de 1999.
May 7, 2021

Great news on public charge! The 2020 public charge rules are gone and the 1999 rules are back.
May 7, 2021

 © Community Legal Services of Philadelphia - 2019. |
**Website designed by TwoG Marketing**

Annual Reports  Board of Directors
Leadership Council