# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **RONALD WATSON** <br><br> **v.** <br><br> **LLOYD INDUSTRIES, INC.** | **CIVIL ACTION** <br><br> **NO. 17-1049** |
|---|---|

## ORDER RE: MOTION FOR POST-JUDGMENT INTEREST AND MOTION FOR ATTORNEY'S FEES

**AND NOW,** this 30th day of June, 2021, for the reasons stated in Plaintiff's Motion for Post-Judgment Interest (ECF No. 57), Plaintiff's Third Motion for Attorney's Fees (ECF No. 61), and the conference call held on June 30, 2021 (ECF No. 64), it is hereby **ORDERED**:

- The Court **GRANTS** Plaintiff's Motion for Post-Judgment Interest (ECF No. 57) and Plaintiff shall calculate the amount due plus the appropriate interest rate;

- The Court **GRANTS** Plaintiff's Third Motion for Attorney's Fees (ECF No. 61) and Plaintiff shall calculate the amount due plus the appropriate interest rate;

- Interest may be added to these amounts as allowed by law.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 17\17-1049 Watson v Lloyd Indus\20210630 order.docx