## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD WATSON | : | |
| | : | No.: 2:17-cv-01049-MMB |
| v. | : | |
| | : | |
| LLOYD INDUSTRIES, INC. | : | |

### ORDER FOR ENTRY OF INCREASED JUDGMENT THROUGH JUNE 30, 2021

This is an employment discrimination case, in which the jury returned a verdict in favor of Plaintiff for compensatory and punitive damages which was entered as a judgment on November 18, 2018, and the Court entered an Order granting a reduction in the amount of punitive damages resulting in a reduced verdict of $599,960.00 (ECF 46), and the Court subsequently awarded attorneys' fees and costs totaling $57,919.20 on June 10, 2019 (ECF 49), and total combined judgment amount of $657,879.20 was deposited with the Registry of the Court on July 19, 2019 on a Supersedeas Bond and Stay of Judgment pending appeal (ECF 56), and whereas the total combined judgment amount was affirmed by the Third Circuit (ECF 59), and the Third Circuit subsequently awarded additional attorneys' fees in the sum of $67,275.00 for all work performed on appeal through September 8, 2020 (ECF 58), and this Court subsequently granted Plaintiff's motion for additional attorneys' fees after September 8, 2020 in the sum of $45,776.00 (ECF 66), and the parties have agreed to a total of $44,116.08 in total post-judgment interest through June 30, 2021, it is hereby **ORDERED** that an increased judgment shall be entered $817,534,98.

It is further **ORDERED** that the Clerk of Court will be deemed in compliance with

Section 3 of the Order of June 30, 2021 (ECF 65) upon entry of this Order.

Date:   8/17/2021


/s/ MICHAEL M. BAYLSON

MICHAEL M. BAYLSON, U.S.D.J.