## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD WATSON : | |
| : | No.: 2:17-cv-01049-MMB |
| v. : | |
| : | |
| LLOYD INDUSTRIES, INC. : | |

## **SATISFACTION OF JUDGMENT**

Judgment was rendered in favor of the above-named plaintiff, Ronald Watson, and against the above-named defendant, Lloyd Industries, Inc., in the above-entitled action, on the 17th day of August 2021, in the sum of $817,534.98 including costs and the plaintiff acknowledges payment of said judgment, costs and interest in full and desires to release this judgment and hereby fully and completely satisfy the same.

/s/ Samuel A. Dion
_____

SAMUEL A. DION, ESQ.
ATTORNEY FOR PLAINTIFF,
RONALD WATSON